UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-1656**

Case Title: **Aaron Salter** vs. **Donald Olsen**

List all clients you represent in this appeal:

**Aaron Salter**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☑ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Mark Granzotto** Signature: s/ **Mark Granzotto**

Firm Name: **Mark Granzotto, PC**

Business Address: **2684 West Eleven Mile Road, Suite 100**

City/State/Zip: **Berkley, MI 48072**

Telephone Number (Area Code): **248-546-4649**

Email Address: **mg@granzottolaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17