# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 16, 2025

Mr. Wolfgang Mueller
Mueller Law Firm
41850 W. Eleven Mile Road
Suite 101
Novi, MI 48375

           Re: Case No. 22-1656, *Aaron Salter v. City of Detroit, MI, et al*
                Originating Case No.: 4:18-cv-13136

Dear Mr. Mueller,

  This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

  Your response, not to exceed 3900 words, must be received in the clerk's office not later than the close of business on Wednesday, **April 30, 2025**.

  Please note that no extensions will be granted.

                                        Sincerely yours,

                                        s/Beverly L. Harris
                                        En Banc Coordinator
                                        Direct Dial No. 513-564-7077

cc: Mr. Mark Granzotto
     Ms. Mary Massaron